**Todd Jeffrey GATES**

v.

**STATE**

**CR-13-1192**

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

**Shaun THOMAS**

v.

**STATE**

**CR-13-1193**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Andrew TONEY**

v.

**STATE**

**CR-13-1194**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/27/2015

Affirmed

**Timothy Wayne NORSWORTHY**

v.

**STATE**

**CR-13-1205**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Joshua Dewayne CONERLY**

v.

**STATE**

**CR-13-1218**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed